| | | | | |
|---|---|---|---|---|
| State v. Zimmerman | 106,706 | Denied | 08/19/13 | Unpublished |
| Steele v. State | 106,058 | Denied | 06/14/13 | Unpublished |
| Thomas v. Grant | 107,172 | Denied | 08/23/13 | Unpublished |
| Thompson v. State | 106,216 | Denied | 07/19/13 | Unpublished |
| Thuko v. State | 106,535 | Denied | 08/19/13 | Unpublished |
| Tichenor v. City of Topeka | 106,384 | Denied | 08/29/13 | Unpublished |
| Tremain v. Evans | 106,739 | Denied | 09/04/13 | Unpublished |
| Turner v. Steele | 105,552 | Denied | 09/04/13 | 47 Kan. App. 2d 976 |
| Ventris v. State | 107,278 | Denied | 08/29/13 | Unpublished |
| Villalobos v. State | 106,852 | Denied | 08/29/13 | Unpublished |
| Watkins v. Siedlecki | 107,809 | Denied | 08/19/13 | Unpublished |
| Weber v. Farmers Insurance Co. | 107,334 | Denied | 09/04/13 | Unpublished |
| Wells v. State | 106,182 | Denied | 06/14/13 | Unpublished |
| Wheatland Electric Cooperative v. Polansky | 102,881 102,933 | Denied | 05/20/13 | 46 Kan. App. 2d 746 |
| Wheeler v. Kansas Prisoner Review Board | 108,762 | Denied | 08/29/13 | Unpublished |
| Williams v. State | 106,148 | Denied | 07/19/13 | Unpublished |
| Wilson v. State | 106,815 | Denied | 09/04/13 | Unpublished |
| Woods v. State | 105,948 | Denied | 08/23/13 | Unpublished |